IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS LLOYD KOEGEL
ADC #650212                                                                    PLAINTIFF

v.                               No. 3:15-cv-324-DPM

SHELA SHARP, Director, NEACCC;
JERRY BRADSHAW, Deputy Director,
NEACCC; RON BECK, Warden, NEACCC;
and WENDY KELLEY, Assistant Director,
NEACCC                                                                         DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Koegel's complaint will be dismissed without prejudice for failing to state a claim. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2015