IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS LLOYD KOEGEL
ADC #650212                                                                    PLAINTIFF

v.                              No. 3:15-cv-324-DPM

SHELA SHARP, Director, NEACCC;
JERRY BRADSHAW, Deputy Director,
NEACCC; RON BECK, Warden, NEACCC;
and WENDY KELLEY, Assistant Director,
NEACCC                                                                         DEFENDANTS

JUDGMENT

Koegel's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2015