IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS LLOYD KOEGEL
ADC #650212                                                                                    PLAINTIFF

v.                            No. 3:15-cv-324-DPM

SHELA SHARP, Director, NEACCC; JERRY
BRADSHAW, Deputy Director, NEACCC;
RON BECK, Warden, NEACCC; and WENDY
KELLEY, Assistant Director, NEACCC                                                DEFENDANTS

ORDER

1. On *de novo* review, the Court overrules Koegel's belated objections, № 8. Koegel's complaint still fails to state a claim. The Court therefore stands by its 22 December 2015 Order and Judgment, № 6 & 7.

2. The Court has been getting mail from Koegel. The Court directs the Clerk to send him a copy of the docket sheet with this Order.

3. Motion, № 9, denied as moot. The Court already granted Koegel leave to proceed *in forma pauperis*. № 4. If Koegel is requesting leave to proceed *in forma pauperis* on appeal, that motion is denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 6.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2016